# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>GERARDO ALCALA, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00916-SAB (PC)<br><br>ORDER VACATING DECEMBER 15, 2017, ORDER TO SHOW CAUSE<br><br>[ECF No. 19] |

Plaintiff Robert C. Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 15, 2017, the Court issued an order for Plaintiff to show cause why entry of default should not be entered against Defendants Gerardo Alcala and Stephen Garza. Inasmuch as Defendants Alcala and Garza filed an answer to the complaint on December 15, 2017, the order to show cause issued on this same date is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **December 21, 2017**

                                                    UNITED STATES MAGISTRATE JUDGE

1