# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS, | Case No. 1:17-cv-00916-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT |
| GERARDO ALCALA, et al., | [ECF No. 25] |
| Defendants. | |

Plaintiff Robert C. Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding for monetary damages against Defendants Alcala and Garza for the use of excessive force

Currently before the Court is Plaintiff's motion for entry of default, filed January 5, 2018.

On December 15, 2017, the Court issued an order for Plaintiff to show cause why entry of default should not be entered against Defendants Gerardo Alcala and Stephen Garza. On December 15, 2017, Defendants Alcala and Garza filed an answer to the complaint. Therefore, on December 21, 2017, the Court vacated the December 15, 2017 order to show cause. Accordingly, because Defendants have answered the complaint, Plaintiff's motion for entry of default is denied.

IT IS SO ORDERED.

Dated: **January 10, 2018**

UNITED STATES MAGISTRATE JUDGE

1