# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>GERARDO ALCALA, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00916-DAD-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>[ECF No. 29] |

Plaintiff Robert C. Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 14, 2017. Local Rule 302.

On January 23, 2018, Plaintiff filed a motion requesting discovery. (ECF No. 29.) On December 15, 2017, Defendants filed an answer to the complaint, and the Court opened discovery on December 21, 2017. (ECF Nos. 20, 21.) Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief. Thus, discovery requests and responses shall not be filed with the Court unless, and until, they are at issue. Here, Plaintiff's discovery request is directed to Defendants and should be served on opposing counsel only.

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for discovery, filed on January 23, 2018, is DISREGARDED. (ECF No. 29.)

IT IS SO ORDERED.

Dated: **January 24, 2018**

UNITED STATES MAGISTRATE JUDGE