FILED

JUL 18 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>         Plaintiff,<br><br>    v.<br><br>GERARDO ALCALA, et al.,<br><br>         Defendants. | Case No.: 1:17-cv-00916-DAD-SAB (PC)<br><br>ORDER THAT INMATE ROBERT C. WILLIAMS, CDCR #AZ-8444 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

Plaintiff Robert C. Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on July 18, 2018, and inmate Robert C. Williams, CDCR #AZ-8444 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 7/18/18

_____
UNITED STATES MAGISTRATE JUDGE

1