# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>GERARDO ALCALA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00916-DAD-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 71] |

Plaintiff Robert C. Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's objections to Defendants' request to modify the scheduling and discovery order, filed January 22, 2019. (ECF No. 71.)

On December 28, 2018, Defendants filed a motion to extend the discovery and dispositive motion deadlines by sixty days, respectively. (ECF No. 66.) On the basis of good cause, the Court granted Defendants' motion on January 2, 2019, and extended the discovery deadline to February 28, 2019, and the dispositive motion deadline to April 29, 2019. (ECF No. 67.)

In the present motion, Plaintiff objects to an extension of the deadlines because an extension will delay the prosecution of this action and result in prejudice to him. Contrary to Plaintiff's argument, Defendants set forth good cause to extend the discovery and dispositive motion deadlines. Plaintiff's mere disagreement is insufficient and there is no showing of prejudice based on the minimal

1

extension of the deadlines.  Accordingly, Plaintiff's objections to Defendants' motion to extend the discovery and dispositive motion deadlines are overruled.

IT IS SO ORDERED.

Dated:   **January 23, 2019**

                                               UNITED STATES MAGISTRATE JUDGE