**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GERARDO ALCALA, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00916-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF No. 74] |

　　　　Plaintiff Robert C. Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' motion to extend the discovery and dispositive motion deadlines, filed February 28, 2019. Plaintiff did not file an opposition and the time to do so has expired.

　　　　On the basis of good cause, the Court will grant Defendants' motion to modify the scheduling order. Plaintiff is ordered to produce the witness statements and information and all other documents the parties discussed at his December 26, 2018 deposition within fifteen (15) days of service of this order. In addition, the discovery deadline is extended to April 30, 2019, and the dispositive motion

///

///

///

1

deadline is extended to June 28, 2019.  All other provisions set forth in the July 20, 2018 scheduling order (ECF No. 53) remains in full force and effect.

IT IS SO ORDERED.

Dated: __**March 26, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE