# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>GERARDO ALCALA, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00916-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF PRETRIAL SCHEDULING ORDER<br><br>[ECF No. 81] |

Plaintiff Robert C. Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 14, 2019, Plaintiff filed a motion for issuance of a pretrial scheduling order. Plaintiff contends that discovery is closed and pretrial scheduling is appropriate. However, Plaintiff is advised that on March 26, 2019, the Court extended the dispositive motion deadline to June 28, 2019. Therefore, a further pretrial scheduling order is not warranted at this time, and Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **June 17, 2019**

UNITED STATES MAGISTRATE JUDGE